**Order entered May 19, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00156-CV

### ZENA LAND DEVELOPMENT, LP, ET AL., Appellants

### V.

### CONNER LEE EDWARDS, ET AL., Appellees

**On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-20-11829**

## ORDER

By letter dated May 17, 2021, the District Clerk's Office notified this Court that the clerk's record had been prepared and would be filed once appellant paid the clerk's fee. Appellant has now submitted written confirmation of payment. Accordingly, we **ORDER** Dallas County Clerk Felicia Pitre to file the clerk's record on or before **May 24, 2021**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Pitre and all parties.

/s/    BONNIE LEE GOLDSTEIN
          JUSTICE